UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITD STATES OF AMERICA | ) |
| | ) |
| | ) CASE NO. 4:21-CR-111 |
| v. | ) |
| | ) |
| RAPHAEL SAMUEL SMITH | ) |

### GOVERNMENT'S MOTION TO SEAL EXHIBITS A, B, C, D, AND E

The United States of America, by and through David H. Estes, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, files this Motion to Seal Exhibits A, B, C, D and E. The Government has prepared and is filing its Response in Opposition to Defendant's Motions to Suppress (Doc. 371). In this Response, the Government has attached Exhibits A, B, C, D and E, which contain statistical analyses of Title III wiretap interceptions and law enforcement sensitive documents relating to specific minimization procedures.

The Government submits that the reasons included *supra* are sufficient to support its request to seal pursuant to S.D. Ga. L. Civ. R. 79.7(b), which states, "[A]ny person desiring to have any matter placed under seal shall present a motion setting forth the grounds why the matter presented should not be available for public inspection."

THEREFORE, the Government respectfully requests that Exhibits A, B, C, D and E, which are attached to Government's Response in Opposition to Defendant's Motion to Suppress remain under seal until further order of this Court.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Noah J. Abrams*
Noah J. Abrams
Assistant United States Attorney
GA Bar No. 114354

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
noah.abrams@usdoj.gov

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **UNITD STATES OF AMERICA** ) | |
| ) | |
| ) | **CASE NO. 4:21-CR-111** |
| v. ) | |
| ) | |
| **RAPHAEL SAMUEL SMITH** ) | |

**CERTIFICATE OF SERVICE OF GOVERNMENT'S MOTION TO SEAL EXHIBITS A, B, C, D, AND E**

This is to certify that I have on this day served the attorney(s) of record in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Submitted this 1st day of April 2022.

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Noah J. Abrams*
Noah J. Abrams
Assistant United States Attorney
GA Bar No. 114354

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
Facsimile: (912) 652-4388
noah.abrams@usdoj.gov