# ATTACHMENT A



*Chatham~Savannah Counter Narcotics Team*

**POLICE**

71 Ross Road
Savannah, Georgia
31405

**Michael Sarhatt**
*Director*

**Telephone**
*(912) 652-3900*

# MEMORANDUM

TO:    Mr. Frank Pennington

FROM:  Chris Boyette

DATE:  April 10, 2023

RE:    CNT Aerial Surveillance Operations

**Sir, I manage and coordinate with Chatham County Mosquito Control Aviation to provide aerial surveillance operations for CNT Agents as requested or deemed necessary by the Director.  The aircraft is operated within the parameters established by the Chief Pilot and restrictions set forth by Air Traffic Control and the FAA.  Aviation provided assistance to Agent Minton to provide surveillance of a subject he had targeted in his investigation.  These operations were conducted using a FLIR brand camera that is no longer in service due to recent upgrades. This was recorded using the standard daytime video camera that had a fairly limited zoom capability. The object of surveillance was also visible to the pilot from the helicopter while surveillance was being conducted. The parameters of flights with that system would have us operating the aircraft at approximately 700-800 feet altitude and observing from a distance of .5-.7 miles away from the object of surveillance.  The noise level of the aircraft's engine and the physical location of the aircraft is very obvious at altitudes and distances closer than that. The helicopter did not fly directly over the property at issue.**

**The Chatham County Mosquito Control Aviation unit utilizes the same helicopter to disperse mosquito control products on a regular basis, sometimes as often as every day depending on need and/or complaints.  When operated for that purpose, the helicopter flies at altitudes between 100-300 feet.**