# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRCICT OF GEORGIA
# SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | INDICTMENT NO. 4:21-CR-0111-6 |
| | ) | |
| RAPHAEL SAMUEL SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | DEX01.pdf | | 1156 LaRoache Ave. |
| 2 | DEX02.pdf | | 1156 LaRoache Ave. |
| 3 | DEX03.pdf | | 1156 LaRoache Ave. |
| 4 | DEX04.pdf | | 1156 LaRoache Ave. |
| 5 | DEX05.pdf | | 1156 LaRoache Ave. |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |