IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RAPHAEL SMITH,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No.: 4:21-CR-111-RSB-CRR<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME TO SUBMIT OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW, the Defendant above-named, by and through undersigned counsel, and files this his Motion for Extension of Time to Submit his Objections to the Presentence Investigation Report (hereinafter "PSR") in the above-captioned case. In support thereof, Defendant shows as follows:

1. The Defendant's objections to the Initial PSR are due to be submitted on Wednesday, October 11, 2023.

2. Undersigned is lead counsel for the Defendant in *State of Georgia v. Quamarvious Nichols,* Case No. *22SC183572*, which commenced trial on January 4, 2023, before Chief Judge Glanville in the Fulton County Superior Court.[1] This is

---

[1] The case is State v. Khalieff Adams, No. 22SC183572, Superior Court of Fulton County, Chief Judge Ural Glanville presiding.

1

a RICO case with multiple defendants.[2] The trial, once a jury is selected, is anticipated to last 4-6 months. The trial is currently in the jury selection process. *See Exhibit A attached hereto.*

3. Undersigned counsel will need additional time to meet in person with his client to discuss and finalize the objections on behalf of the Defendant.

4. The Defendant requests an additional (14) fourteen days from October 11, 2023, in which to submit his objections to the PSR in the above-captioned matter.

WHEREFORE, based upon the within and foregoing, the Defendant requests that the Court enter an Order allowing him an additional (14) fourteen days from October 11, 2023, in which to submit his objections to the Presentence Investigation Report in the above-captioned matter.

This 10th day of October 2023.

Respectfully submitted,

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEYS FOR DEFENDANT
Bruce S. Harvey, #335175
bruce@bharveylawfirm.com
146 Nassau Street, NW
Atlanta, Georgia 30303
(404) 659-4628

---

[2] There are currently 8 defendants on trial, all in custody.